HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PHILLIP MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP MARQUEZ,<br><br>Defendant. | Case No.  1:20-cr-00254-NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Kathleen Servatius, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Phillip Marquez, that the following term and condition of Mr. Marquez's pretrial release, imposed on December 21, 2020 (*see* Dkt. #11, #12), be modified. Condition (n), states, in relevant part, the following:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

Dkt. #12 at 2. The parties hereby stipulate that Condition (n) be modified by striking the above portion of Condition (n) and replacing it with the following:

    CURFEW: You must remain inside your residence every day from 8:00 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other terms and conditions of Mr. Marquez's pretrial release, previously imposed on December 21, 2020, shall remain in full force and effect. *See* Dkt. #12 at 2.

  Mr. Marquez was released on conditions on December 21, 2020. *See* Dkt. #11, #12. Since that time, Mr. Marquez has been subject to location monitoring (home detention). *See* Dkt. #12 at 2. According to his Pretrial Services officer, between his release on conditions in December 2020, and the present, Mr. Marquez has obtained and maintained employment, as verified through check stubs and time cards. He has also otherwise been compliant with the terms and conditions of his pretrial release and there have been no electronic monitoring violations. Accordingly, the parties, including Mr. Marquez's Pretrial Services officer, support the modification above.

                   Respectfully submitted,

                   PHILLIP A. TALBERT
                   Acting United States Attorney

Dated: March 30, 2021       */s/ Kathleen Servatius*
                   KATHLEEEN SERVATIUS
                   Assistant United States Attorney
                   Attorney for Plaintiff

                   HEATHER E. WILLIAMS
                   Federal Defender

Date: March 30, 2021       */s/ Reed Grantham*
                   REED GRANTHAM
                   Assistant Federal Defender
                   Attorney for Defendant
                   PHILLIP MARQUEZ

**O R D E R**

The term and condition of Mr. Marquez's pretrial release, previously imposed on December 21, 2020, is hereby modified as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 30, 2021**                    /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE