HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PHILLIP MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP MARQUEZ,<br><br>Defendant. | Case No.  1:20-cr-00254-NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Katherine Schuh, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Phillip Marquez, that the following terms and conditions of Mr. Marquez's pretrial release, imposed on December 21, 2020, *see* Dkt. #11, #12, and subsequently modified on March 30, 2021, *see* Dkt. #19, be modified. Specifically, the parties stipulate that the following terms and conditions be removed:

> Condition #6: The defendant is placed in the custody of: Lalla Victorana Padilla
>
> Condition #7(h): You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
>
> Condition #7(j): You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must

>pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
>
>Condition #7(n): You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You must remain inside your residence every day from 8:00PM to 8:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Dkt. #12 at 2. All other terms and conditions of Mr. Marquez's pretrial release, previously imposed on December 21, 2020, and not impacted by the modification on March 30, 2021, shall remain in full force and effect. *See* Dkt. #12 at 2.

Mr. Marquez was released on conditions on December 21, 2020. *See* Dkt. #11, #12. Since that time, Mr. Marquez has been subject to numerous conditions, including those referenced above. He has also been subject to location monitoring, first as home detention, *see* Dkt. #12 at 2, and later as curfew, *see* Dkt. #19. According to his Pretrial Services officer, Ali Margain, between his release on conditions in December 2020, and the present, Mr. Marquez has been compliant with his release conditions, there have been no curfew violations, all of his drug tests have been clean, he is employed, and he participates in counseling as directed. Accordingly, the parties, including Mr. Marquez's Pretrial Services officer, support the removal of the conditions above.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated: July 22, 2021

/s/ Katherine Schuh
KATHERINE SCHUH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 22, 2021

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
PHILLIP MARQUEZ

# O R D E R

IT IS SO ORDERED. The above terms and conditions of Mr. Marquez's pretrial release, previously imposed on December 21, 2020, are hereby removed as set forth above. All other conditions previously imposed remain in full force and effect.

DATED: July 22, 2021

*/s/Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Court Judge