PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP ANDREW MARQUEZ,<br><br>Defendant. | CASE NO. 1:20-CR-00254-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL DATE |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status conference on October 5, 2022, and time under the Speedy Trial Act was excluded from May 18, 2022, through October 5, 2022, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the status conference be vacated, and a trial date be scheduled June 20, 2023, at 8:30 a.m., with a Trial Confirmation Hearing scheduled for June 2, 2023, at 9:00 a.m. This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation. The defendant moves to exclude time from October 5, 2022, through June 20, 2023, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties stipulate and request that the Court make the following findings:

a. The government has produced discovery to defense counsel and made other items available for inspection and copying. The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.

b. Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

c. Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

d. Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of October 5, 2022, through June 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 28, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ *Antonio J. Pataca*<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| | |
| Dated: September 28, 2022 | /s/ *Reed Grantham*<br>REED GRANTHAM<br>Counsel for Defendant<br>PHILLIP ANDREW<br>MARQUEZ |

**ORDER**

IT IS SO ORDERED.

DATED: 9/28/2022                   *Sheila K. Oberto*
                                   THE HONORABLE SHEILA K. OBERTO
                                   UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                            3