1    HEATHER E. WILLIAMS, CA Bar #122664
      Federal Defender
2    REED GRANTHAM, CA Bar #294171
      Assistant Federal Defender
3    Office of the Federal Defender
      2300 Tulare Street, Suite 330
4    Fresno, CA 93721-2226
      Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
      PHILLIP MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00254-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION HEARING; ORDER |
| vs. | |
| PHILLIP MARQUEZ, | |
| Defendant. | |

       IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Phillip Marquez, that the trial confirmation hearing currently scheduled for May 30, 2023, at 10:00 a.m. be continued to September 11, 2023, at 10:00 a.m., and that the trial currently scheduled for June 21, 2023, at 8:30 a.m. be continued to October 3, 2023, at 8:30 a.m.

       On September 28, 2022, this matter was set for a trial confirmation hearing on May 30, 2023, and for trial on June 21, 2023. *See* Dkt. #39. Since that date, the parties have been in plea negotiations to resolve this matter short of trial. The parties remain engaged in plea negotiations and agree that additional time is needed for these discussions. It is expected that additional discussions will resolve the case. Accordingly, the parties are requesting that the trial scheduled for June 21, 2023, at 8:30 a.m., be continued to October 3, 2023, at 8:30 a.m. and that the trial

confirmation set for May 30, 2023, at 10:00 a.m. be continued to September 11, 2023, at 10:00 a.m.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through October 3, 2023, for continued plea negotiations, and defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 20, 2023         */s/ Antonio Pataca*
                             ANTONIO PATACA
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender

Date: April 20, 2023         */s/ Reed Grantham*
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             RAMON MAGANA

# **O R D E R**

**IT IS SO ORDERED.** The trial confirmation hearing set for May 30, 2023, at 10:00 a.m. is hereby continued to September 11, 2023, at 10:00 a.m. The trial currently set for June 21, 2023, at 8:30 a.m. is hereby continued to October 3, 2023, at 8:30 a.m.

The time through October 3, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**April 20, 2023**__         _____
UNITED STATES DISTRICT JUDGE