1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PHILLIP MARQUEZ
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00254-JLT-SKO
12 |             Plaintiff,    | STIPULATION TO VACATE TRIAL
   |                           | CONFIRMATION AND TRIAL AND SET
13 | vs.                       | CHANGE OF PLEA HEARING; ORDER
14 | PHILLIP MARQUEZ,
15 |             Defendant.
16

17        IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Phillip Marquez, that the trial confirmation, and

20 trial date, currently scheduled for September 11, 2023, and October 3, 2023, respectively, may be

21 vacated and a change of plea hearing date be set for October 2, 2023, at 10:00 a.m.

22        On April 20, 2023, this matter was set for a trial confirmation hearing on September 11,

23 2023, and a trial on October 3, 2023. *See* Dkt. #42. The parties have reached a plea agreement in

24 this matter, and, as a result, are requesting to vacate the current trial confirmation and trial date,

25 and to set a change of plea hearing for October 2, 2023, so that the parties have time to finalize

26 the plea documents prior to the hearing.

27        The requested continuance is made with the intention of conserving time and resources

28 for both the parties and the Court. The government is in agreement with this request and the

1  requested date is a mutually agreeable date for both parties. The parties stipulate that for the

2  purpose of computing time under the Speedy Trial Act, the Court should exclude time from the

3  date of this order through October 2, 2023, for defense preparation and investigation, pursuant to

4  18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by

5  resetting the status conference date outweigh the best interest of the public and the defendant in a

6  speedy trial.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: August 28, 2023                      */s/ Reed Grantham*
                                                REED GRANTHAM
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                PHILLIP MARQUEZ

                                                PHILLIP A. TALBERT
                                                United States Attorney

Date: August 28, 2023                      */s/ Antonio Pataca*
                                                ANTONIO PATACA
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The trial confirmation hearing set for September 11, 2023, and the trial set for October 3, 2023, are hereby vacated. A change of plea hearing is set for October 2, 2023, at 10:00 a.m.

The time through October 2, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE