HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PHILLIP MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP MARQUEZ,<br><br>Defendant. | Case No. 1:20-cr-00254-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date:  March 18, 2024<br>Time:  10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Phillip Marquez, that the sentencing hearing currently scheduled for February 5, 2024, at 10:00 a.m. may be continued to March 18, 2024, at 10:00 a.m.

Mr. Marquez entered a plea of guilty to Count One of the Indictment on October 2, 2023. *See* Dkt. #46. The matter was then scheduled for sentencing on February 5, 2024. *See* Dkt. #46. Since then, Mr. Marquez has interviewed with the assigned probation officer who will be preparing the Presentence Investigation Report (PSR). However, because it would be beneficial for the assigned probation officer to have additional time to prepare the PSR in this matter, and because counsel for Mr. Marquez requires additional time to obtain documents relevant for sentencing and to be adequately prepared for sentencing, the parties are requesting that

sentencing be continued in this matter. Accordingly, the parties are requesting to continue sentencing from Monday, February 5, 2024, to March 18, 2024.

The government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 4, 2023          */s/ Antonio Pataca*
                                ANTONIO PATACA
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: December 4, 2023          */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                PHILLIP MARQUEZ

# **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, February 5, 2024, at 10:00 a.m. be continued to Monday, March 18, 2024, at 10:00 a.m.

**IT IS SO ORDERED.**

**DATED: December 5, 2023**

**UNITED STATES DISTRICT JUDGE**