1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PHILLIP MARQUEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00254-JLT-SKO
12 |         Plaintiff,         | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs.                        |
                                  Date:  May 6, 2024
14 | PHILLIP MARQUEZ,            | Time:  9:00 a.m.
                                  Judge: Hon. Jennifer L. Thurston
15 |         Defendant.         |

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Phillip Marquez, that the sentencing hearing

20 currently scheduled for March 18, 2024, at 9:00 a.m. may be continued to May 6, 2024, at 9:00

21 a.m.

22        Mr. Marquez entered a plea of guilty to Count One of the Indictment on October 2, 2023.

23 *See* Dkt. #46. The matter was then scheduled for sentencing on February 5, 2024. *See* Dkt. #46.

24 On February 5, 2024, the sentencing hearing was continued to March 18, 2024, to provide the

25 probation office sufficient time and opportunity to prepare the draft Presentence Investigation

26 Report (PSR). *See* Dkt. #48. The draft PSR was filed on February 5, 2024, *see* Dkt. #49, and

27 informal objections were submitted on February 20, 2024. The final PSR was filed on February

28 26, 2024. *See* Dkt. #50.

1  Undersigned counsel has developed a scheduling conflict with another matter now set for
2  March 18, 2024. Additionally, undersigned counsel is in need of additional time and opportunity
3  to obtain documents relevant for sentencing and to adequately prepare for sentencing in this
4  matter. As a result, the parties are requesting that sentencing be continued to May 6, 2024.

The government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 28, 2024        */s/ Antonio Pataca*
                               ANTONIO PATACA
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: February 28, 2024        */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               PHILLIP MARQUEZ

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, March 18, 2024, at 9:00 a.m. be continued to Monday, May 6, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 28, 2024**

_____
UNITED STATES DISTRICT JUDGE