1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | REED GRANTHAM, Bar #294171
Assistant Federal Defender
3 | Officer of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
PHILLIP MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00254-JLT-SKO-1 |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO EXONERATE BOND; AND ORDER |
| vs. | Judge: Hon. Barbara A. McAuliffe |
| PHILLIP MARQUEZ, | |
| Defendant. | |

Defendant Phillip Marquez hereby moves this Court to exonerate the cash bond that was posted in this matter on December 22, 2020, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* Dkt. #9, #13.

On December 15, 2020, Mr. Marquez was charged in a criminal complaint in the Eastern District of California. *See* Dkt. #1. Mr. Marquez was arrested and made his initial appearance on December 16, 2020. *See* Dkt. #5, #6. An Indictment issued on December 17, 2020. *See* Dkt. #7. On December 21, 2020, a detention hearing was held in this matter. *See* Dkt. #11. At the detention hearing, Mr. Marquez was ordered released from custody on a term and condition that included the posting of a $5,000 cash bond. Dkt. #11, #13. The cash bond was posted by Mr. Marquez's mother, Lalla Padilla, on December 22, 2020, and Mr. Marquez was released from custody. *See* Dkt. #9, #13.

| 12/22/2020 | 9 | CASH BOND POSTED as to Phillip Andrew Marquez in amount of $5,000.00. Receipt # CAE100047243. (Sant Agata, S) (Entered: 12/22/2020) |
|---|---|---|

Mr. Marquez remained on pretrial release during the pendency of his case. On October 2, 2023, Mr. Marquez entered a plea of guilty to Count 1 of the Indictment. *See* Dkt. #46. On June 17, 2024, Mr. Marquez was sentenced to serve 90 months in custody, with a term of 60 months of supervised release to follow. *See* Dkt. #65. At that time, Mr. Marquez was provided a surrender date of August 21, 2024. *See* Dkt. #65. On August 21, 2024, Mr. Marquez surrendered to USP Atwater, as ordered. The Bureau of Prisons' inmate locator confirms that Mr. Marquez is currently serving his sentence at USP Atwater. Mr. Marquez's Register Number is 22389-509.

Since Mr. Marquez is no longer on pretrial release and no conditions remain to be satisfied, it is requested that the $5,000 cash bond be exonerated and the funds returned to Mr. Marquez's mother, Lalla Padilla pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

The government has no objection to this motion to exonerate the cash bond in this case. Accordingly, since no conditions remain to be satisfied and exoneration of the cash bond is in the interest of justice, it is requested that the Court exonerate the cash bond and order the return of the funds to Lalla Padilla.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: August 28, 2024          */s/ Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        PHILLIP MARQUEZ

**ORDER**

The Court finds that Phillip Marquez has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $5,000.00 cash bond in the above-captioned case and reconvey the funds to Lalla Padilla who originally posted the cash bond.

IT IS SO ORDERED.

Dated:  **August 29, 2024**                    /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE